IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TALEIA PICKENS,	Case No. 2:22-cv-12970-BAF-CI
	Hon. Linda V. Parker

    Plaintiff,

vs.

COMMUNITY PROGRAMS, INC. d/b/a
MERIDIAN HEALTH SERVICES,

    Defendant.

_____

| MORGAN & MORGAN, P.A. | SECREST WARDLE |
|---|---|
| Attorneys for Plaintiff | BRUCE A. TRUEX (P26035) |
| ALLISON M. RATTET | ELIZABETH M. MALONE (P36083) |
| Fla. Bar No. 1023573 | Attorneys for Defendant |
| 8151 Peters Road, Suite 4000 | 2600 Troy Center Drive, P.O. Box 5025 |
| Plantation, FL  33324 | Troy, Michigan 48007-5025 |
| (954) 807-7774 / Fax:  (954) 807-7797 | (248) 851-9500 / Fax: (248) 251-1809 |
| arattet@forthepeople.com | btruex@secrestwardle.com |
| | emalone@secrestwardle.com |

_____

### ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES FROM THIS COURT'S 11/14/24 ORDER FOR A PERIOD OF FORTY-FIVE (45) DAYS

    Before the Court is the Parties' Joint Motion to Extend Deadlines From This Court's 11/14/24 Stipulated Order Extending All Deadlines for a Period of 120 Days (ECF no. 28) for a period of forty-five (45) days.

The Court, being fully informed and otherwise fully advised in the premises, the Parties having shown good cause for the modifications to the Court's 11/14/24 Order that they request, it is hereby,

**ORDERED** that said motion is **GRANTED.** The deadlines set forth in the Court's 11/14/24 Order Extending All Scheduling Deadlines shall be modified as follows:

a. The deadline for discovery is extended to and including March 29, 2025.

b. The deadline for the Parties to complete ADR is extended to and including April 15, 2025;

c. The deadline for filing motions (except for motions *in limine*, which may be filed up to one week before trial), including motions to join parties and/or to amend pleadings and motions for summary disposition, is extended to and including May 1, 2025.

d. The deadline for the Parties to submit a proposed Joint Final Pretrial Order is due one week before the Final Pretrial Conference.

e. The Final Pretrial Conference is July 16, 2025, at 1:00PM.

f. The Trial date is July 29, 2025, at 9:00AM.

g. With permission or consent, The parties may amend their lay witness lists after March 29, 2025, if they learn of witnesses whose identities could not

reasonably have been discovered.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 13, 2025

9610278

SECREST WARDLE